# Court of Appeals
# of the State of Georgia

ATLANTA, _August 29, 2012_

*The Court of Appeals hereby passes the following order:*

**A12A2559.   GARY  L.  HENDERSON  v.  THE  BANK  OF  NEW  YORK MELLON, et al.**

This case originated as a dispossessory proceeding in magistrate court. Following an adverse ruling, Gary L. Henderson appealed the magistrate court's decision to the superior court. On June 15, 2012, the superior court entered a writ of possession in favor of The Bank of New York Mellon. On July 2, 2012, Henderson filed a notice of appeal to this Court.

We lack jurisdiction. Because the superior court order at issue disposes of a de novo appeal from a magistrate court decision, Henderson was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Additionally, the appeal is untimely. An appeal in a dispossessory action must be filed within seven days after entry of the order at issue. OCGA § 44-7- 56; *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999). Henderson filed his notice of appeal 17 days after entry of the superior court's order. For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/29/2012
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*